CORNELIA T. TERRY, Respondent, *v.* KATHARINE T. MOORE, Appellant, Impleaded with CLEMENT C. MOORE.

*Terry* v. *Moore*, 6 Misc. Rep. 635, affirmed.
(Argued April 27, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made May 10, 1894, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and also affirmed an order overruling a demurrer to the complaint and an interlocutory judgment entered thereon.

*Charles Edward Souther* for appellant.

*Flamen B. Candler* and *John M. Buckingham* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.